UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

HARVEY L. FAIRLEY,

    Petitioner,

v.

CATHERINE BAUMAN,

    Respondent.

_____/

Case No. 2:18-cv-96

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

In accordance with the Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Respondent and against Petitioner.

Dated: January 17, 2019

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge